An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES H. HILL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63946

**FILED**

SEP 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from the judgment of conviction and an order of the district court denying a "request rule 60 lift restriction of orders and judgments in pleadings for production of documents independent action." Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

The notice of appeal from the judgment of conviction was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal. Moreover, because no statute or court rule permits an appeal in a criminal case from an order denying a "request rule 60 lift restriction of orders and judgments in pleadings for production of documents independent action," we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135

13-28648

(1990).  Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                              Saitta


cc:    Hon. Jessie Elizabeth Walsh, District Judge
       Charles H. Hill
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]We have reviewed all of the proper person documents submitted in this matter and we conclude no relief is warranted for the reasons stated above.